FILED
NOV 09 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR ZEPEDA GARCIA, ET AL.,<br><br>Defendants. | Case No.: 18CR4529-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS COUNTS AGAINST:**<br><br>**WILFREDO GAMEZ (3)**<br>**CARLOS MARTINEZ-PONCE (4)** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that Counts 1 through 10 against defendants WILFREDO GAMEZ and CARLOS MARTINEZ-PONCE in the above-entitled case be DISMISSED without prejudice. Both defendants are released on bond, therefore, counsel should move for exoneration of bonds to the Magistrate Judge.

IT IS SO ORDERED.

DATED: 11/9/2018.

HON. CATHY ANN BENCIVENGO
United States District Judge